UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:26-mj-1734-RMN

CHRISTOPHER ANTHONY
WALTERS

## ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

### FINDINGS

An Initial Appearance has been held.   The following facts and circumstances require the defendant to be detained pending further proceedings.

The defendant makes no application for release at this time.   A motion for conditions of release and a detention hearing may be filed at a later date.

### DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   June 23, 2026

_____
ROBERT M. NORWAY
*United States Magistrate Judge*