**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1734-RMN**

**CHRISTOPHER ANTHONY**
**WALTERS**

_____

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Christopher Anthony Walters, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of Florida was held on June 23, 2026.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that CHRISTOPHER ANTHONY WALTERS is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that CHRISTOPHER ANTHONY WALTERS be held to answer in the district court in which the prosecution is pending.   The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 23, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record